Danning Jiang, Esq. (CA BAR No. 196985)
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300
E-mail: djiang@jianglawgroup.com

Attorneys for Defendant ENN GROUP NORTH AMERICA,
INC. d/b/a ENN GROUP NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAI CHEN,<br><br>             Plaintiffs,<br><br>       v.<br><br>ENN SOLAR ENERGY COMPANY, LTD. d/b/a ENN SOLAR ENERGY; and ENN GROUP NORTH AMERICA, INC. d/b/a ENN GROUP NORTH AMERICA,<br><br>             Defendants. | Case No. C 14-05168 NC<br><br>**APPLICATION FOR SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER**<br><br>Date:<br>Time:<br>Courtroom:   7<br>Judge:       Hon. Nathanael M. Cousins |

Defendant ENN Group North America, Inc. d/b/a ENN Group North America and its counsel of record Danning Jiang of Law Offices of Danning Jiang and Thomas W. Hartmann of The Hartmann Law Firm hereby jointly submit the following application for substitution of counsel:

//

//

//

1

APPLICATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Former Counsel: | Thomas W. Hartmann, Esq. |
| 2 | | The Hartmann Law Firm |
| | | 56 Ellisen Road |
| 3 | | Watchung, NJ 07069 |
| | | Tel.: (908) 769-6888 |
| 4 | | Fax: (908) 462-3808 |
| 5 | | E-mail: Tom.Hartmann@gmail.com |
| 6 | New Counsel: | Danning Jiang, Esq. |
| | | Law Offices of Danning Jiang |
| 7 | | 271 North First Street |
| | | San Jose, CA 95113 |
| 8 | | Tel.: 408-299-0800 |
| | | E-mail: djiang@jianglawgroup.com |

Dated: December 26, 2014                    ENN GROUP NORTH AMERICA, INC.
                                            d/b/a ENN GROUP NORTH AMERICA


                                            /s/ YADONG ZHANG
                                            By: YADONG ZHANG, CEO


Dated: December 26, 2014                    LAW OFFICES OF DANNING JIANG


                                            /s/ DANNING JIANG
                                            By: DANNING JIANG, ESQ.


Dated: December 27, 2014                    THE HARTMANN LAW FIRM


                                            /s/ THOMAS W. HARTMANN
                                            By: THOMAS W. HARTMANN, ESQ.


## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDER THAT counsel for Defendant ENN Group North America, Inc. d/b/a ENN Group North America is changed to

2

APPLICATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

1  Danning Jiang, Esq.
2  Law Offices of Danning Jiang
   271 North First Street
3  San Jose, CA 95113
   Tel.: 408-299-0800
4  E-mail: djiang@jianglawgroup.com

5  IT IS SO ORDERED.

8  Dated:  __January 20, 2015__, ~~2014~~

   _____
   HON. NATHANAEL M. COUSINS
   MAGISTRATE JUDGE
   THE U.S.

**GRANTED**

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
APPLICATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

# PROOF OF SERVICE

*Lai Chen v. ENN Solar Energy Company Limited, et al.*
U.S. District Court for the Northern District of California – Case No. C 14-05168 NC

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, California 95113,

On December 29, 2014, I served the following document(s):

**APPLICATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

| | |
|---|---|
| Leonard D. Weiss, Esq.<br>The Weiss Group, LLC<br>344 Main Street<br>P.O. Box 311<br>Metuchen, NJ 08840<br>E-mail: ldw@weisslawyersnj.com | Howard N. Berliner, Esq.<br>Berliner Law Firm, PLLC<br>1250 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, DC 20036<br>E-mail: berlinerfirm@comcast.net |

**(X)** **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in Fremont, California.

**(X)** **(E-MAIL)** Via E-mail, upon parties' written stipulation, I caused the above-referenced document(s) to be transmitted to the person(s) and E-mail address(es) shown above.

**( )** **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )** **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on December 29, 2014, in San Jose, California.

**(X)** **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

/s/ QING ZHOU
QING ZHOU